| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | | |
|---|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN<br>U.S. MAGISTRATE JUDGE | | DATE:<br>TIME: | 11/13/2015<br>11:30 a.m. |

*Jacqueline Andrews v. ASA College*
14-CV-6871 (JBW) (JO)

TYPE OF CONFERENCE: Telephone

APPEARANCES:   Plaintiff   Louis M. Leon

Defendant   Celena R. Mayo, Bindu Krishnasamy

SCHEDULING: The next pretrial conference will be held on January 8, 2016, at 11:30 a.m.

SUMMARY:

1. I discussed with the parties, and then granted the plaintiff's motion to compel, docket entry 37. The defendant shall produce all three of the deponents at issue at the plaintiff's counsel's office in Great Neck, New York, and shall reimburse the defendant for the reasonable costs, including attorneys' fees, arising from the litigation of the instant motion as well as the cost of the stenographer for previously scheduled deposition of deponent Morales.

2. At the plaintiff's request, and without objection by the defendant, I directed the remaining depositions to be completed within three weeks (or by December 4, 2015), and all remaining discovery to be completed within six weeks (or by December 24, 2015).

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge