

April 18, 2016

**Celena R. Mayo**
212-915-5854(direct)
Celena.Mayo@wilsonelser.com

*VIA ECF*

The Honorable Jack Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    Jacqueline Andrews  v. ASA College, Inc.**
       **Docket No.    :    14-cv-6871 (JBW) (JO)**
       **Our File No.  :    15742.00002**

Dear Judge Weinstein:

We represent the defendant in the captioned matter and we write on behalf of both parties to notify the court that the parties have reached an agreement in principal as to the resolution of this matter. As a result, the parties respectfully request a stay of the current pre-trial schedule, i.e., pre-trial submissions and motions in limine, currently due today, April 18, 2016; oral argument regarding pre-trial submissions, scheduled for April 25, 2016; and jury selection and trial scheduled to begin May 2, 2016. Consistent with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d Cir. 2015), the parties will submit to the Court a request for approval of their agreement as soon as it is finalized.

We thank the Court for its attention to this matter.

Respectfully submitted,

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**

/s/ Celena R. Mayo

Celena R. Mayo

cc:    Magistrate Judge James Orenstein (via ECF)
       Michael J. Borrelli (via ECF)
       Louis M. Leon (via ECF)

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London
Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia
Washington, DC • West Palm Beach • White Plains
wilsonelser.com

7394646v.1