# BORRELLI & ASSOCIATES
### P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 1010 Northern Boulevard |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

May 24, 2016

*Via ECF*
The Honorable Jack B. Weinstein
United States District Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Andrews v. ASA College, Inc.; Docket No.: 14-cv-06871 (JBW) (JO)

Dear Judge Weinstein:

We represent the Plaintiff, Ms. Jacqueline Andrews, in the above-referenced wage and hour matter brought pursuant to the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") against her former employer, ASA College, Inc. We write, on behalf of all parties, pursuant to your Honor's May 11, 2016 Order directing the parties to submit a settlement agreement for the Court's approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d. Cir. 2015) by May 24, 2016.

As the Court knows, on April 18, 2016, the parties arrived at a settlement in principle. Currently the parties are still negotiating the specific terms of the settlement agreement and, as such, require an additional two weeks, or until June 7, 2016, to complete same and submit it to the Court for approval. We apologize for the lateness of this request, but the parties did not know it would be necessary until the last twenty-four hours.

1

We thank the Court for its time and attention to this matter.

                Respectfully submitted,

                _/s/Louis M. Leon_
                Louis M. Leon, Esq.
                 *For the Firm*