

June 3, 2016

**Bindu Krishnasamy**
212-915-5891(direct)
Bindu.Krishnasamy@wilsonelser.com


***VIA ECF***

The Honorable Jack Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     **Jacqueline Andrews  v. ASA College, Inc.**
<u>        **Docket No.   :        14-cv-6871 (JBW) (JO)**</u>
<u>        **Our File No.  :        15742.00002**</u>

Dear Judge Weinstein:

We represent the defendant in the captioned matter and we write on behalf of both parties to respectfully request a conference before your Honor to attempt to resolve some issues which have arisen in finalizing the terms of a settlement agreement that is consistent with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d Cir. 2015).

We thank the Court for its attention to this matter.

Respectfully submitted,

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**

/s/ Bindu Krishnasamy

Bindu Krishnasamy


cc:     Michael J. Borrelli (via ECF)
        Louis M. Leon (via ECF)

150 East 42nd Street  •  New York, NY 10017  •  p 212.490.3000  •  f 212.490.3038

Albany  •  Austin  •  Baltimore  •  Beaumont  •  Boston  •  Chicago  •  Dallas  •  Denver  •  Edwardsville  •  Garden City  •  Hartford  •  Houston  •  Kentucky  •  Las Vegas  •  London
Los Angeles  •  Miami  •  Michigan  •  Milwaukee  •  New Jersey  •  New Orleans  •  New York  •  Orlando  •  Philadelphia  •  San Diego  •  San Francisco  •  Stamford  •  Virginia
Washington, DC  •  West Palm Beach  •  White Plains

**wilsonelser.com**

7500505v.2