DATE 7/5/16  Thu.

BEFORE JUDGE Weinstein     AT 2:00  A.M/P.M.

C/R or ECR L. Danelczyk     MAG. _____

CIVIL CAUSE FOR ~~STATUS~~ settlement CONFERENCE

Docket Number CV 14-6871
Title Jacqueline Andrews vs ASA College Inc.
Appearances: For Pltff. Louis Leon

For Deft. Helena Mayo
Bindu Krishnaswamy

Other: _____

✓ Case called. Parties sworn. Evidentiary hearing held.
✓ Counsel for all parties present.
___ Counsel for _____ not present.
✓ Conference held.
___ Parties advised the Court that the case has been settled.
___ Discovery completed. ___ Discovery pending
___ Discovery to be completed by _____.
___ Next conference scheduled for _____.
___ Case marked ready for trial on _____.
___ Pre-trial order signed and given to parties.
___ Jury to be selected on _____.

✓ Settlement discussions held.
✓ Jury selection and trial 8/22/16.
✓ In limine motions will be heard 8/15/16 at 10:30 am